■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY BOHART, Also Known as TERRY BOHART, Appellant.— Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38.) (Appeal from judgment of Steuben County Court, Finnerty, J.— criminal sale of controlled substance, third degree.) Present— Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO J. WHITFIELD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, J.—criminal possession of weapon, second degree; reckless endangerment, second degree.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY DENNIS ARNOLD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Sullivan, Jr., J.—attempted burglary, third degree.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA McDUFFIE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—petit larceny.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LAWSON, Appellant.—Judgment unanimously reversed on the law and new trial granted. Memorandum: On remittitur *(see, People v Lawson,* 136 AD2d 929, *lv dismissed* 70 NY2d 1007), the hearing court's decision that the People failed to meet their burden of giving racially neutral reasons for the exclusion of blacks from the jury is amply supported by the record *(see, Batson v Kentucky,* 476 US 79; *cf., People v Gregory ZZ.,* 134 AD2d 814, 815-816, *lv denied* 71 NY2d 905). (Appeal from judgment of Supreme Court, Erie County, Fudeman, J.—rape, first degree, and other charges.) Present— Doerr, J. P., Boomer, Green, Balio and Davis, JJ.